PAUL KAMPMEIER (WSBA #31560)
Washington Forest Law Center
615 Second Avenue, Suite 360
Seattle, Washington 98104-2245
(206) 223-4088 x 4
(206) 223-4280 [fax]
pkampmeier@wflc.org

FILED

SEP 2 8 2010

*Attorney for Plaintiff*


IGNACIA S. MORENO
Assistant Attorney General

KRISTOFOR R. SWANSON (Colo. Bar # 39378)
kristofor.swanson@usdoj.gov
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506

*Attorney for Defendants*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


NORTHWEST ENVIRONMENTAL ADVOCATES,

               Plaintiff,               Civ. No.  CV09-0017-PK

      v.                       **AGREED ORDER DISMISSING
                                       APA CLAIMS WITHOUT
GARY LOCKE, et al.,               PREJUDICE**

              Defendants.


AGREED ORDER DISMISSING
APA CLAIMS WITHOUT PREJUDICE – 1

**AGREED ORDER**

Having considered the parties' joint motion for dismissal of the Administrative Procedure Act claims (claims one, two, and three) in the complaint filed in this action on January 6, 2009, as well as the parties' stipulations in support of that motion, the Court hereby GRANTS the parties' joint motion for dismissal without prejudice.

Accordingly, IT IS HEREBY ORDERED:

1.      On or before November 15, 2013, NOAA and EPA shall sign for prompt publication in the Federal Register a notice announcing a proposed decision to either: (a) issue a Full Approval Decision Memorandum approving, without conditions, Oregon's Coastal Nonpoint Pollution Control Program, pursuant to 16 U.S.C. § 1455b(c)(1); or (b) make a finding that the State of Oregon has failed to submit an approvable program, pursuant to 16 U.S.C. § 1455b(c)(3) and (4).

2.      On or before May 15, 2014, EPA and NOAA shall either: (a) issue a Full Approval Decision Memorandum approving, without conditions, Oregon's Coastal Nonpoint Pollution Control Program, pursuant to 16 U.S.C. § 1455b(c)(1); or (b) make a finding that the State of Oregon has failed to submit an approvable program, pursuant to 16 U.S.C. § 1455b(c)(3) and (4).  If EPA and NOAA make a finding that the State of Oregon has failed to submit an approvable program, the agencies shall, pursuant to 16 U.S.C. § 1455b(c)(3) and (4),withhold Clean Water Act Section 319 and Coastal Zone Management Act Section 306 grant funds from Oregon beginning in the funding cycles that immediately follow the agencies' finding and in all future years unless and until EPA and NOAA issue a Full Approval Decision Memorandum approving the State's Coastal Nonpoint Pollution Control Program without conditions.

3.      Plaintiff's only judicial remedy for any failure by EPA and NOAA to meet the requirements set forth in Paragraph 1 and 2 of this Agreed Order will be re-initiation of litigation.

4.      Within ninety days of entry of this order, EPA and NOAA shall pay Plaintiff a total of eighty-three thousand five hundred dollars and no cents ($83,500.00) for costs and attorneys' fees incurred to date in prosecution of claims one, two, and three. The payment required by this Order shall not in any way limit Plaintiff's right or ability to seek or collect costs and attorney fees incurred in any other lawsuit, including any lawsuit that raises claims identical or similar to those raised in Plaintiff's January 6, 2009, complaint.

5.      Pursuant to Federal Rule of Civil Procedure 41(a)(2), claims one, two, and three in the complaint filed in this action on January 6, 2009, are dismissed without prejudice.

6.      The Court shall retain jurisdiction to enforce and oversee compliance with the terms and conditions of this Order. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375 (1994).

IT IS SO ORDERED:

Dated: 9-28-10

Paul J. Papak
United States Magistrate Judge

**Presented by:**

s/ Paul Kampmeier
PAUL KAMPMEIER (WSBA #31560)
Washington Forest Law Center
615 Second Avenue, Suite 360
Seattle, Washington 98104-2245
(206) 223-4088 x 4

AGREED ORDER DISMISSING
APA CLAIMS WITHOUT PREJUDICE – 3

pkampmeier@wflc.org

ALLISON M. LaPLANTE (OSB #02361)
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, Oregon 97219-7799
(503) 768-6894 [phone]; (503) 768-6642 [fax]
laplante@lclarke.edu

Attorneys for Plaintiff

  s/ Kristofor R. Swanson
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-353-2021
Email: kristofor.swanson@usdoj.gov

Attorney for Defendants

AGREED ORDER DISMISSING
APA CLAIMS WITHOUT PREJUDICE – 4